UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PHILLIP MARONGE                                    CIVIL ACTION

VERSUS                                             NO. 08-4959

HUNT PETROLEUM COMPANY,                            SECTION  "N"  (2)
ET AL.

## ORDER AND REASONS

        Before the Court is the Motion to Continue Or, In the Alternative, Stay Ruling (Rec. Doc.

119), filed by Plaintiff.  In this motion, Plaintiff requests that the ruling on three pending motions

for summary judgment be either continued or stayed, such that he could be allowed time to take

the corporate depositions of Defendants (in late June of 2010), which he claims could lead to the

necessity of supplementing Plaintiff's opposition to the pending motions for summary judgment.

This motion, which is opposed (See Rec. Doc. 120), has been pending since June 23, 2010.[1]

Thus, with the delay in ruling on the instant motion, Plaintiff was effectively granted the relief

requested therein.  However, at no time since then has Plaintiff sought to file any supplemental

opposition to these pending motions for summary judgment. It is now late September 2010, and

the pre-trial conference is set for mid-October 2010 with a jury trial to commence shortly

---

        [1]        The Court notes that this case was transferred to this section from Section C on June 29, 2010,
with the instant motion and the three referenced motions for summary judgment already pending.

thereafter.  The Court will not delay ruling on the motions for summary judgment any further.

Accordingly,

      **IT IS ORDERED** that the **Motion to Continue Or, In the Alternative, Stay Ruling**

**(Rec. Doc. 119)** is **DENIED**.  The Order and Reasons addressing the pending summary

judgment motions will follow by separate order.

      New Orleans, Louisiana, this 28th day of September, 2010.

                            **KURT D. ENGELHARDT**
                            **UNITED STATES DISTRICT JUDGE**